1  ROD DIVELBISS (SBN 102345)
   RDIVELBISS@COLLETTE.COM
2  JRA LAW PARTNERS, LLP
   235 PINE STREET, SUITE 1300
3  SAN FRANCISCO, CA 94104
   TELEPHONE: (415) 788-4646
4  FACSIMILE: (415) 788-6929

5  Attorneys for Plaintiff
   ALEXANDER BERNSTEIN
6

7  **UNITED STATES DISTRICT COURT**

8  **NORTHERN DISTRICT OF CALIFORNIA**

9

10

11 | NORTH VENTURE PARTNERS, LLC, a California limited liability company, | CASE NO. 3:14-CV-00337-RS |
|---|---|
| Plaintiff, | ORDER |
| v. | JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2(b) TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S ADMINISTRATIVE MOTION TO HAVE CASES DESIGNATED AS RELATED |
| VOCUS, INC., | |
| Defendants. | |

Case No.  14-00337-RS

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
MOTION ADMINISTRATIVE MOTION TO HAVE CASES DESIGNATED AS RELATED

1  WHEREAS, on April 11, 2014, Defendant Vocus, Inc. filed an Administrative Motion to Have Cases Designated as Related (hereafter "Defendant's Administrative Motion").

3  WHEREAS, under the Local Rules, Plaintiff's response to Defendant's Administrative Motion would have been due on April 15, 2014;

5  WHEREAS, the parties, through counsel, previously agreed, via joint stipulation pursuant to Local Civil Rule 6-2(b), to extend Plaintiff's time to respond to Defendant's Administrative Motion from April 15, 2014 to April 22, 2014;

8  WHEREAS, this schedule will not impact any other scheduled dates;

9  NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties through their respective counsel of record, pursuant to Local Civil Rules 6-1(b) and 2(a), that Plaintiff's response to Defendant's Administrative Motion shall be due April 22, 2014.

DATED: April 15, 2014

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Lindsay E. Hutner
Lindsay Hutner
Greenberg Traurig, LLP
1900 University Avenue, Fifth Floor
East Palo ALto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant Vocus, Inc.

Case No.  14-00337-RS

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO MOTION ADMINISTRATIVE MOTION TO HAVE CASES DESIGNATED AS RELATED

|   |   |
|---|---|
| 1 | **JRA LAW PARTNERS, LLP** |
| 2 | /s/ Rod Divelbiss<br>Rod Divelbiss |
| 3 | 235 Pine Street, Ste 1300<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 788-4646<br>Facsimile: (415) 788-6929 |
| 5 |   |
| 6 | Attorneys for Plaintiff North Venture Partners, LLC |

Pursuant to Local Civil Rule 6-2(a), and GOOD CAUSE APPEARING THEREFOR, **IT IS SO ORDERED**.

DATED: 4/15/14

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE