ROD DIVELBISS (SBN 102345)
ANDREW PONTIOUS (SBN 157174)
JRA LAW PARTNERS, LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 788-4646
Facsimile: (415) 788-6929

Attorneys for Plaintiff
NORTH VENTURE PARTNERS, LLC

ROBERT J. HERRINGTON (SBN: 234417)
herringtonr@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

LINDSAY E. HUTNER (SBN: 238998)
hutnerl@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
VOCUS, INC.,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTH VENTURE PARTNERS, LLC, a California limited liability company,<br><br>   Plaintiff,<br><br>v.<br><br>VOCUS, INC.,<br><br>   Defendant. | Case No. C 14-00337-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES TO COMPLETE MEDIATION** |

Plaintiff NORTH VENTURE PARTNERS, LLC ("Plaintiff"), and Defendant VOCUS, INC ("Defendant") (collectively, "the Parties"), hereby submit this Stipulation and [Proposed] Order to extend fact and expert discovery deadlines in order to complete their mediation.

The Parties herein agree and stipulate as follows:

1. This Court encourages civil litigants to use alternative dispute resolution programs to resolve their disputes in a just, timely, and cost-effective matter (*see* Civil Local Rule 16-8);

2. The parties have agreed to engage in private mediation scheduled for September 24, 2014;

3. The parties will immediately notify this Court if the mediation is successful;

4. Pursuant to the Case Management Scheduling Order filed April 24, 2014 [ECF Doc #27] ("April 24, 2014 Order"), the Court established the following discovery deadlines, with a trial date set for May 11, 2015:

   a. Completion of non-expert discovery: October 31, 2014;
   b. Parties to designate expert witnesses: December 5, 2014;
   c. Parties to designate supplemental and rebuttal experts; January 23, 2015;
   d. Completion of expert witness discovery: February 27, 2015;

5. In light of the Parties upcoming mediation, the Parties agree that an extension of certain discovery deadlines in the April 24, 2014 Order will significantly aid in the settlement efforts and allocate the Parties' time and resources to the mediation;

THEREFORE, IT IS STIPULATED, by and between the undersigned parties through their respective counsel of record, that the Court set the following schedule:

1. The completion of non-expert discovery shall be continued to January 23, 2015;

2. The Parties shall designate expert witnesses no later than February 9, 2015;

3. The Parties shall designate supplemental and rebuttal expert witnesses no later than February 23, 2015;

4. Completion of expert witness discovery: March 20, 2015.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 11, 2014      JRA LAW PARTNERS, LLP

By: /s/ _____
    Rod Divelbiss
    Attorneys for Plaintiff
    NORTH VENTURE PARTNERS, LLC

Dated: September 11, 2014      GREENBERG TAURIG, LLP

By: /s/ _____
    Robert J. Herrington
    Lindsay E. Hutner

    Attorneys for Defendant
    VOCUS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: September 12, 2014      _[signature]_____
    Honorable Richard Seeborg
    UNITED STATES DISTRICT COURT JUDGE

**ECF ATTESTATION**

I, Lindsay E. Hutner, am the ECF user whose ID and password are being used to file this document. I hereby attest that Rod Divelbiss and Robert J. Herrington have concurred in this filing.

DATED: September 11, 2014      GREENBERG TRAURIG, LLP

By: /s/ _____
    Lindsay E. Hutner