1
2
3
4                   UNITED STATES DISTRICT COURT
5                 NORTHERN DISTRICT OF CALIFORNIA
6

7   NORTH VENTURE PARTNERS, LLC,        Case No.  14-cv-00337-RS

          Plaintiff,
8
       v.
9                                       **ORDER ADJUSTING BENCH TRIAL
                                        AND PRETRIAL CONFERENCE
10  VOCUS, INC.,                        DATES**

          Defendant.
11

12

13      The previously set bench trial of May 11, 2015 will be rescheduled to May 18, 2015 at

14  9:00 a.m., and the previously set pretrial conference of April 30, 2015 will be rescheduled to May

15  14, 2015 at 1:30 p.m.  All other previously set dates will remain in place.

16      **IT IS SO ORDERED**.

17

18  Dated:  February 11, 2015

19                                      _____
20                                      RICHARD SEEBORG
                                        United States District Judge
21
22
23
24
25
26
27
28

United States District Court
Northern District of California