1  ROD DIVELBISS (SBN 102345)
   ANDREW PONTIOUS (SBN 157174)
2  JRA LAW PARTNERS, LLP
   235 Pine Street, Suite 1300
3  San Francisco, CA 94104
   Telephone: (415) 788-4646
4  Facsimile: (415) 788-6929

5  Attorneys for Plaintiff
   NORTH VENTURE PARTNERS, LLC
6

7  ROBERT J. HERRINGTON (SBN: 234417)
   herringtonr@gtlaw.com
8  GREENBERG TAURIG, LLP
   1840 Century Park East, Suite 1900
9  Los Angeles, CA 90067
   Telephone: (310) 586-7700
10 Facsimile: (310) 586-7800

11 Attorneys for Defendant
   VOCUS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NORTH VENTURE PARTNERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VOCUS, INC.,<br><br>Defendant. | Case No. C 14-00337-RS<br><br>Honorable Richard Seeborg<br><br>[~~PROPOSED~~] ORDER APPOINTING BASIL IMBURGIA AS SPECIAL MASTER |

# ORDER APPOINTING SPECIAL MASTER

Pursuant to Federal Rule of Civil Procedure 53 and the May 11, 2015 Stipulation and Order to Appoint Special Master (Dkt. 58, the "May 11 Stipulation and Order"), the Court, with the consent of Plaintiff North Venture Partners, LLC and Defendant Vocus, Inc., hereby appoints Mr. Basil Imburgia as Special Master, with responsibility for determining the accounting issues in this action as set forth in the May 11 Stipulation and Order.

Dated: July 6, 2015          JRA LAW PARTNERS, LLP

                             By: /s/ *Rod Divelbiss*
                                 Rod Divelbiss
                                 Attorneys for Plaintiff
                                 NORTH VENTURE PARTNERS, LLC

Dated: July 6, 2015          GREENBERG TRAURIG, LLP

                             By: /s/ *Robert J. Herrington*
                                 Robert J. Herrington
                                 Attorneys for Defendant
                                 VOCUS, INC.

**IT IS SO ORDERED**

Dated: 7/7/15                _____
                             Honorable Richard Seeborg
                             UNITED STATES DISTRICT JUDGE