| | |
|---|---|
| 1 | ROD DIVELBISS (SBN 102345)<br>RDIVELBISS@COLLETTE.COM |
| 2 | JRA LAW PARTNERS, LLP<br>235 PINE STREET, SUITE 1300 |
| 3 | SAN FRANCISCO, CA 94104<br>TELEPHONE: (415) 788-4646 |
| 4 | FACSIMILE: (415) 788-6929 |
| 5 | Attorneys for Plaintiff<br>ALEXANDER BERNSTEIN |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH VENTURE PARTNERS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>VOCUS, INC.,<br><br>    Defendants. | CASE NO. 3:14-CV-00337-RS<br><br>ORDER<br><br>**JOINT STIPULATION PURSUANT TO FRCP RULE 6(B)(1) AND LOCAL CIVIL RULE 6-2(b) TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR LEAVE TO FILE COUNTERCLAIM AND EXTENDING TIME FOR PARTIES TO RESPOND TO THE MOTION** |

Case No. 14-00337-RS

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO CONTINUE TO MOTION FOR LEAVE TO FILE COUNTERCLAIM AND TO SET DATES FOR DEFENDANT'S OPPOSITION AND PLAINTIFF'S REPLY

1. WHEREAS, on September 29, 2015, Defendant Vocus, Inc. filed a Motion for Leave to File Counterclaim (hereafter "Defendant's Motion For Leave") setting a hearing date for November 12, 2015 at 1:30 p.m. in Courtroom 3.

WHEREAS, Plaintiff's counsel is not available on November 12, 2015 and therefore Plaintiff respectfully requests that the hearing on Defendant's Motion For Leave be continued from November 12, 2015 to November 19, 2015 at 1:30 p.m. in Courtroom 3, and Defendant does not oppose such request.

WHEREAS, pursuant to the Local Rules, Plaintiff's Opposition to Defendant's Motion For Leave is due on October 13, 2015 and Defendant's Reply is due seven (7) days after the filing of Plaintiff's Opposition;

WHEREAS, because of the press of other cases, counsel for Plaintiff requests additional time to prepare an opposition to Defendant's Motion for Leave; and the Parties have agreed, through counsel, and via joint stipulation pursuant to FRCP Rule 6(b)(1) and Local Rule 6-2(a), to extend Plaintiff's time to respond to Defendant's Motion For Leave from October 13, 2015 to October 23, 2015; and, in turn, to allow Defendant to file a reply on or before November 5, 2015;

NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned Parties through their respective counsel of record, as follows:

a. Plaintiff's Opposition to Defendant's Motion For Leave shall be due October 23, 2015.

b. Defendant's Reply shall be due November 5, 2015; and

c. The hearing on Defendant's Motion For Leave is continued to November 19, 2015.

DATED: October 8, 2015

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Robert Herrington
Robert Herrington
Greenberg Traurig, LLP

Case No. 14-00337-RS

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO CONTINUE TO MOTION FOR LEAVE TO FILE COUNTERCLAIM AND TO SET DATES FOR DEFENDANT'S OPPOSITION AND PLAINTIFF'S REPLY

```
                              1840 Century Park East
                              19th Floor
                              Los Angeles, CA 90067
                              Telephone: (310) 586-7700
                              Facsimile: (310) 586-7800

                              Attorneys for Defendant Vocus, Inc.




                              **JRA LAW PARTNERS, LLP**

                              /s/ Rod Divelbiss
                              Rod Divelbiss
                              235 Pine Street, Ste 1300
                              San Francisco, CA 94104
                              Telephone: (415) 788-4646
                              Facsimile: (415) 788-6929

                              Attorneys for Plaintiff North Venture Partners,
                              LLC
```

Pursuant to Local Civil Rule 6-2(a), and GOOD CAUSE APPEARING THEREFOR,

**IT IS SO ORDERED**.

DATED: 10/9/15

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2                                                          Case No. 10-0-1993 CW

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' MOTION TO COMPEL AND PLAINTIFFS' MOTION TO SANCTION