ROD DIVELBISS (SBN 102345)
RDIVELBISS@JRALP.COM
450 PACIFIC AVE., SUITE 200
SAN FRANCISCO, CA 94133
TELEPHONE: (415) 788-4646
FACSIMILE: (415) 788-6929

Attorneys for Plaintiff
NORTH VENTURE PARTNERS, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH VENTURE PARTNERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VOCUS, INC.,<br><br>Defendants. | CASE NO. 3:14-CV-00337-RS<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING SCOPE OF SPECIAL MASTER'S REPORT |

As part of the Stipulation and Order to Appoint a Special Master (Dkt # 58), the Special Master was asked to take evidence and make a determination regarding the amount of any Earn-Out Revenue deficiencies. A question has arisen concerning whether the Special Master should determine the Earn-Out Revenue deficiencies, if any, for each of the separate revenue streams listed in paragraph 11(a) of the Stipulation and Order. Counsel have conferred and agree that there was never an intent that the Special Master prepare a breakdown of Earn-Out Revenue (as that term was defined in the Stipulation and Order to Appoint a Special Master (Dkt # 58)), across the revenue streams identified in paragraph 11(a) for each month of the Earn-Out.

Accordingly, the parties stipulate and agree that the Stipulation and Order be clarified to confirm that the Special Master need not break the Earn-Out Revenue down into the listed

categories, but rather simply provide a report of Earn-Out Revenue as of the end of each calendar month of the Earn-Out Period.

IT IS SO STIPULATED:

DATED: October 28, 2015

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Robert Herrington
Robert Herrington

Attorneys for Defendant Vocus, Inc.

**JRA LAW PARTNERS, LLP**

/s/ Rod Divelbiss
Rod Divelbiss

Attorneys for Plaintiff North Venture Partners, LLC

Pursuant to Stipulation of the Parties and GOOD CAUSE APPEARING THEREFOR,

**IT IS SO ORDERED.**

DATED: 11/2/15

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2    Case No. 14-00337-RS
STIPULATION AND ORDER REGARDING SCOPE OF SPECIAL MASTER REPORT