| | |
|---|---|
| 1 | ROD DIVELBISS (SBN 102345)<br>JRA LAW PARTNERS, LLP |
| 2 | 450 PACIFIC AVENUE, SUITE 200<br>SAN FRANCISCO, CA 94133 |
| 3 | TELEPHONE: (415) 788-4646<br>FACSIMILE: (415) 788-6929 |
| 4 | |
| 5 | Attorneys for Plaintiff<br>NORTH VENTURE PARTNERS, LLP |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH VENTURE PARTNERS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>VOCUS, INC.,<br><br><br>    Defendants. | CASE NO. 3:14-CV-00337-RS<br>ORDER<br>JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2(b) TO EXTEND TIME FOR DISCOVERY CUTOFF |
| VOCUS, INC.,<br><br>    Counterclaimant,<br><br>    v.<br><br>NORTH VENTURE PARTNERS, LLC, a California limited liability company, and DOES 1 through 50, inclusive,<br><br>    Counter-defendants | |

1  WHEREAS, trial in this matter is set for May 2, 2015;

2  WHEREAS, the current deadline for all discovery, except for depositions of expert

3  witnesses, is February 22, 2016;

4  WHEREAS, the disclosure and discovery of expert witnesses is currently scheduled to

5  require disclosure in accordance with Rule 26(a)(2) on or before February 1, 2016 and all

6  discovery of expert witnesses completed by February 22, 2016;

7  WHEREAS, the parties are scheduled to attend a mediation on February 26, 2016;

8  WHEREAS, the parties have conducted some discovery since the issuance of the Court's

9  Further Case management Scheduling Order.

10  WHEREAS, in the joint interest of attempting to keep expenses as low as possible, the

11  arties wish to defer some discovery until after the mediation because such may be unnecessary if a

12  settlement is reached;

13  WHEREAS, the parties, through counsel, agree, via a joint stipulation pursuant to Local

14  Civil Rule 6-2(b), to the following:

15  1. The discovery cutoff, including expert depositions, shall be extended to March 21,

16  2016; and

17  2. Disclosure of expert witnesses pursuant to Rule 26(a)(2) shall be extended to March 1,

18  2016 (provided however, the parties will identify each expert and describe the scope of

19  the expert's testimony no later than February 15, 2016). The deadline for the

20  disclosure of any rebuttal experts shall be March 11, 2016.

21  WHEREAS, this stipulation will not impact any other scheduled dates;

22  NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties

23  through their respective counsel of record, pursuant to Local Civil Rules 6-1(b) and 2(a), that (1)

24  the discovery cutoff is extended to March 21, 2016; (2) the names and scope of any expert to

25  testify shall be provided on or before February 15, 2016 and further disclosure of expert witnesses

26  pursuant to Rule 26(a)(2) shall be extended to March 1, 2016; and (3) rebuttal expert disclosure, if

27  any, shall be made on or before March 11, 2016.

28

DATED: January 25, 2016

                                  Respectfully submitted,

                                  **GREENBERG TAURIG, LLP**

                                  /s/ Robert Herrington
                                  Robert Herrington
                                  Attorneys for Defendant Vocus, Inc.

                                  **JRA LAW PARTNERS, LLP**

                                  /s/ Rod Divelbiss
                                  Rod Divelbiss
                                  Attorneys for Plaintiff North Venture Partners, LLP

Pursuant to Local Civil Rule 6-2(a), and GOOD CAUSE APPEARING THEREFOR, **IT IS SO ORDERED**.

DATED: __1/26__, 2016

_____
THE HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

### ECF ATTESTATION

I, Rod Divelbiss, am the ECF user whose ID and password are being used to file this documents. I hereby attest that Robert J. Herrington has concurred in this filing.

DATED: January 25, 2016                **JRA LAW PARTNERS, LLP**

                                  /s/ Rod Divelbiss
                                  Rod Divelbiss
                                  Attorneys for Plaintiff North Venture Partners, LLP