1  Robert J. Herrington (SBN 234417)
   herringtonr@gtlaw.com
2  GREENBERG TRAURIG, LLP
   1840 Century Park East, Suite 1900
3  Los Angeles, CA 90067
   Telephone:    (310) 586-7700
4  Facsimile:    (310) 586-7800

5
   Attorneys for Defendant and Counterclaimant
6  VOCUS, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11 | NORTH VENTURE PARTNERS, LLC, a | Case No.  C 14-000337-RS
12 | California limited liability company, | ORDER

13 |         Plaintiff, | **JOINT STIPULATION TO EXTEND**
                          **DEFENDANT AND COUNTERCLAIMANT**
                          **VOCUS, INC.'S TIME TO RESPOND TO**
14 | v. |                 **PLAINTIFF AND COUNTERDEFENDANT**
                          **NORTH VENTURE PARTNERS, LLC'S**
15 | VOCUS, INC., |       **MOTION FOR SUMMARY JUDGMENT,**
                          **ANDTO  CONTINUE HEARING ON THE**
16 |         Defendant. | **SAME**

17

18 | VOCUS, INC., | Old Date:    March 3, 2016
                    Time:        1:30 p.m.
19 |        Counterclaimant, | Dept.        Courtroom #3, 17th Floor

20 | v. | New Date:    March 17, 2016

21 | NORTH VENTURE PARTNERS, LLC, a | Judge:Hon. Richard Seeborg
22 | California limited liability company, and ROES
   | 1 through 50, inclusive, | Trial: May 2, 2016
23
   |        Counter-defendants. |
24

25

26

27

28

                                              Case No. C 14-00337-RS
                                              JOINT STIPULATION

WHEREAS, on January 28, 2016, Plaintiff and Counterdefendant North Venture, Partners, LLC ("NVP") filed a Motion for Summary as to Defendant and Counterclaimaint Vocus, Inc.'s ("Vocus") Counterclaim or in the Alternative Partial Summary Judgment (the "Motion"), which is currently set for hearing on March 3, 2016;

WHEREAS, per Local Rule, Vocus' Opposition to the Motion is due on February 11, 2016, and NVP's Reply in support of the Motion is due February 18, 2016.

WHEREAS, because Vocus' lead counsel is in trial the week of February 1, 2016, and because of the anticipated time it will take to prepare the Opposition, Vocus has requested, and NVP has agreed, pursuant to Local Rule 6-2,  that Vocus should have an extension of time to file its Opposition from February 11, 2016 to February 25, 2016; and in turn, that NVP should have until March 7, 2016 to file its Reply;

WHEREAS, to accommodate the proposed briefing schedule, and to ensure that the Court has sufficient time to review the Parties' papers, the Parties, subject to the Court's availability, respectfully request that the hearing on the Motion be continued from March 3, 2016 to March 17, 2016.

NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned Parties through their respective counsel of record, as follows:

1. Vocus' Opposition to the Motion shall be due on February 25, 2016;

2. NVP's Reply in support of the Motion shall be due March 7, 2016;

3. Hearing on the Motion is continued to March 17, 2016, at 1:30 p.m.

1

Case No. C 14-00337-RS
JOINT STIPULATION

Dated: February 3, 2016                                    JRA LAW PARTNERS, LLP

                                                  By: ___/s/ *Rod Divelbiss*_____
                                                      Rod Divelbiss
                                                      Attorneys for Plaintiff and
                                                      Counterdefendant
                                                      NORTH VENTURE PARTNERS, LLC

Dated: February 3, 2016                                    GREENBERG TRAURIG, LLP

                                                  By: ___/s/ *Robert J. Herrington*_____
                                                      Robert J. Herrington
                                                      Attorneys for Defendant and
                                                      Counterclaimant
                                                      VOCUS, INC.

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPERARING THEREFORE, IT IS SO ORDERED**

Dated: __2/3/16_____          _____
                                   Honorable Richard Seeborg
                                   UNITED STATES DISTRICT JUDGE

**ECF ATTESTATION**

I, Robert J. Herrington, am the ECF user whose ID and password are being used to file this document.  I hereby attest that Rod Divelbiss has concurred in this filing.

Dated: February 3, 2016                                    GREENBERG TRAURIG, LLP

                                                  By: ___/s/ *Robert J. Herrington*_____
                                                      Robert J. Herrington
                                                      Attorneys for Defendant and
                                                      Counterclaimant
                                                      VOCUS, INC.

2

Case No. C 14-00337-RS
JOINT STIPULATION