| | |
|---|---|
| 1 | ROD DIVELBISS (SBN 102345) |
| 2 | JRA LAW PARTNERS, LLP<br>450 PACIFIC AVENUE, SUITE 200<br>SAN FRANCISCO, CA 94133 |
| 3 | TELEPHONE: (415) 788-4646<br>FACSIMILE: (415) 788-6929 |
| 4 | |
| 5 | Attorneys for Plaintiff<br>NORTH VENTURE PARTNERS, LLP |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | NORTH VENTURE PARTNERS, LLC, a California limited liability company, | CASE NO. 3:14-CV-00337-RS<br>ORDER |
| 12 | Plaintiff, | JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2(b) REGARDING EXPERT REPORTS |
| 13 | v. | |
| 14 | VOCUS, INC., | |
| 15 | | |
| 16 | Defendants. | |
| 17 | VOCUS, INC., | |
| 18 | Counterclaimant, | |
| 19 | v. | |
| 20 | NORTH VENTURE PARTNERS, LLC, a California limited liability company, and DOES 1 through 50, inclusive, | |
| 21 | | |
| 22 | Counter-defendants | |

1     WHEREAS, trial in this matter is set for May 2, 2016;

2     WHEREAS, the current deadline for all discovery is March 21, 2016;

3     WHEREAS, the parties experts have requested a short extension of time to complete their

4 reports;

5     WHEREAS, the parties, through counsel, agree, via a joint stipulation pursuant to Local

6 Civil Rule 6-2(b), to the following:

7     1. Disclosure of expert witnesses pursuant to Rule 26(a)(2) shall be extended to March 7,

8        2016.

9     2. The deadline for the disclosure of any rebuttal experts shall be extended to March 17,

10        2016.

11     WHEREAS, this stipulation will not impact any other scheduled dates;

12     NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties

13 through their respective counsel of record, pursuant to Local Civil Rules 6-1(b) and 2(a), that the

14 disclosure of expert witnesses pursuant to Rule 26(a)(2) shall be extended to March 7, 2016 and

15 that the date for rebuttal expert reports shall be extended to March 17, 2016.

16 DATED: February 29, 2016

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Robert Herrington
Robert Herrington
Attorneys for Defendant Vocus, Inc.

**JRA LAW PARTNERS, LLP**

/s/ Rod Divelbiss
Rod Divelbiss
Attorneys for Plaintiff North Venture Partners, LLP

Pursuant to Local Civil Rule 6-2(a), and GOOD CAUSE APPEARING THEREFOR,

**IT IS SO ORDERED**.

DATED: ___2/29___, 2016

_____
THE HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

### ECF ATTESTATION

I, Rod Divelbiss, am the ECF user whose ID and password are being used to file this documents. I hereby attest that Robert J. Herrington has concurred in this filing.

DATED: February 29, 2016          **JRA LAW PARTNERS, LLP**

/s/ Rod Divelbiss_____
Rod Divelbiss
Attorneys for Plaintiff North Venture Partners, LLP