Robert J. Herrington (SBN 234417)
herringtonr@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone:     (310) 586-7700
Facsimile:      (310) 586-7800

Attorneys for Defendant and Counterclaimant
VOCUS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTH VENTURE PARTNERS, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>VOCUS, INC.,<br><br>            Defendant.<br><br>VOCUS, INC.,<br><br>            Counterclaimant,<br><br>v.<br><br>NORTH VENTURE PARTNERS, LLC, a California limited liability company, and ROES 1 through 50, inclusive,<br><br>            Counter-defendants. | Case No.  C 14-000337-RS<br>ORDER<br>**JOINT STIPULATION TO TAKE AND COMPLETE DEPOSITIONS BEYOND  THE DISCOVERY CUT-OFF**<br><br>[Filed concurrently with Declaration of Benjamin S. Kurtz]<br><br>Old Date:      March 3, 2016<br>**New Date:    March 17, 2016**<br>Time:            1:30 p.m.<br>Dept.            Courtroom #3, 17th Floor<br><br>Judge:          Hon. Richard Seeborg<br><br>Trial:  May 2, 2016 |

Case No. C 14-00337-RS
JOINT STIPULATION

TCO 361852343v1

1 | The parties jointly stipulate to take and complete depositions beyond the March 21, 2016 cut-off in this action. This stipulation is made in reference to the following recitals:

WHEREAS, the parties agreed to postpone the taking of numerous fact and expert witness depositions until after a February 26, 2016 mediation, in the hopes that the parties could resolve their claims;

WHEREAS, the parties were unable to resolve their claims in mediation;

WHEREAS, as soon as the mediation concluded, the parties began to exchange and provide dates for the depositions of their respective witnesses;

WHEREAS, because of scheduling conflicts for Vocus' counsel and for the Vocus witnesses, and because of the number of witnesses the parties seek to depose before trial in this action, the parties have agreed to schedule depositions beyond the March 21, 2016 cut-off in this action;

WHEREAS, Vocus requests that the Court's modify the November 19, 2015 Scheduling Order to take and complete depositions beyond the discovery cutoff;

WHEREAS, the parties agree that this stipulation will not impact any other dates in this Court's November 19, 2015 Scheduling Order, and that the discovery cut-off shall not be extended for any purpose other than for the taking or completion of depositions.

WHEREAS, as a courtesy, Plaintiff's counsel will not oppose this Request;

NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties through their respective counsel of record, pursuant to Local Civil Rule 6-2, that the parties may take and complete depositions beyond the March 21, 2016 cut-off. The discovery cut-off shall not be extended for any purpose other than for the taking or completion of depositions.

Dated: March 14, 2016

JRA LAW PARTNERS, LLP

By: /s/ *Rod Divelbiss*
Rod Divelbiss
Attorneys for Plaintiff and
Counterdefendant
NORTH VENTURE PARTNERS, LLC

1

Case No. C 14-00337-RS
JOINT STIPULATION

TCO 361852343v1

Dated: March 14, 2016                              GREENBERG TRAURIG, LLP

By: /s/ *Robert J. Herrington*
Robert J. Herrington
Attorneys for Defendant and
Counterclaimant
VOCUS, INC.

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.**

Dated: 3/17/16

Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

**ECF ATTESTATION**

I, Robert J. Herrington, am the ECF user whose ID and password are being used to file this document. I hereby attest that Rod Divelbiss has concurred in this filing.

Dated: March 14, 2016                              GREENBERG TRAURIG, LLP

By: /s/ *Robert J. Herrington*
Robert J. Herrington
Attorneys for Defendant and
Counterclaimant
VOCUS, INC.