| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ROD DIVELBISS (SBN 102345)<br>JRA LAW PARTNERS, LLP<br>450 PACIFIC AVENUE, SUITE 200<br>SAN FRANCISCO, CA 94133<br>TELEPHONE: (415) 788-4646<br>FACSIMILE: (415) 788-6929<br><br>Attorneys for Plaintiff<br>NORTH VENTURE PARTNERS, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH VENTURE PARTNERS, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VOCUS, INC.,<br><br>　　　　　Defendants. | CASE NO. 3:14-CV-00337-RS<br>　ORDER<br>**JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2(b) REGARDING SUPPLEMENTAL EXPERT REPORTS** |
| VOCUS, INC.,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>NORTH VENTURE PARTNERS, LLC, a California limited liability company, and DOES 1 through 50, inclusive<br><br>　　　　　Counter-defendants | |

Case No. 3:14-CV-00337-RS

**JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2(b) REGARDING EXPERT REPORTS**

1    WHEREAS, trial in this matter is set for July 25, 2016;

2    WHEREAS, the deadline for submission of expert reports was March 17, 2016;

3    WHEREAS, following the denial of Plaintiff and Counter-Defendant North Venture Partners, LLC's ("NVP") Motion for Summary Judgment, NVP contacted Defendant and Counterclaimant Vocus, Inc. ("Vocus"), and requested permission to prepare a Supplemental Expert Report regarding the EBITDA Margin Requirement (the "Supplemental Expert Report");

    WHEREAS, Vocus agreed that NVP could submit its Supplemental Expert Report, provided that Vocus had an adequate opportunity to prepare a rebuttal report;

    WHEREAS, the parties, through counsel, agree, via a joint stipulation pursuant to Local Civil Rule 6-2(b), that NVP may submit its Supplemental Expert Report; NVP's Supplemental Expert Report shall be served no later than June 10, 2016; the parties further stipulate and agree that Vocus shall have until June 22, 2016 to submit any Rebuttal expert report;

    WHEREAS, this Stipulation will not impact any other scheduled dates;

    NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties through their respective counsel of record, pursuant to Local Civil Rules 6-1(b) and 2(a), that NVP may submit its Supplemental Expert Report on or before June 10, 2016, and that Vocus shall submit any rebuttal expert report on or before June 22, 2016.

DATED: June 8, 2016                Respectfully submitted,

                                   **GREENBERG TRAURIG, LLP**

                                   /s/ Benjamin Kurtz_____
                                   Benjamin Kurtz
                                   Attorneys for Defendant Vocus, Inc.

DATED: June 8, 2016                Respectfully submitted,

                                   **JRA LAW PARTNERS, LLP**

                                   /s/ Rod Divelbiss_____
                                   Rod Divelbiss
                                   Attorneys for Plaintiff North Venture Partners, LLP

Case No. 3:14-CV-00337-RS

**JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2(b) REGARDING EXPERT REPORTS**

Pursuant to Local Civil Rule 6-2(a), and GOOD CAUSE APPEARING THEREFOR,

**IT IS SO ORDERED**.

DATED: 6/8, 2016

_____
THE HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

### ECF ATTESTATION

I, Rod Divelbiss, am the ECF user whose ID and password are being used to file this document. I hereby attest that Benjamin Kurtz has concurred in this filing.

DATED: June 8, 2016  **JRA LAW PARTNERS, LLP**

/s/ Rod Divelbiss_____
Rod Divelbiss
Attorneys for Plaintiff North Venture Partners, LLC

Case No. 3:14-CV-00337-RS

**JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2(b) REGARDING EXPERT REPORTS**