| | |
|---|---|
| 1 | ROD DIVELBISS (State Bar No. 102345)<br>JRA LAW PARTNERS, LLP |
| 2 | 450 Pacific Avenue, Suite 200<br>San Francisco, CA 94133 |
| 3 | Telephone:  (415) 788-4646<br>Fax No.:  (415) 788-6929 |
| 4 | Email: rdivelbiss@jralp.com |
| 5 | Attorneys for Plaintiff and Counter-defendant<br>NORTH VENTURE PARTNERS, LLC |
| 6 | |
| 7 | Robert J. Herrington (SBN 234417)<br>herringtonr@gtlaw.com |
| 8 | GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900 |
| 9 | Los Angeles, CA 90067<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800 |
| 10 | |
| 11 | Attorneys for Defendant and Counterclaimant<br>VOCUS, INC, |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH VENTURE PARTNERS, LLC, a California limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>VOCUS, INC.,<br><br>  Defendants.<br><br>VOCUS, INC.,<br><br>  Counterclaimant,<br><br>  v.<br><br>NORTH VENTURE PARTNERS, LLC, a California limited liability company,<br><br>  Counter-Defendant. | CASE NO. 3:14-CV-00337-RS<br><br>ORDER<br>**STIPULATION TO ADD CISION, INC. AS A PARTY FOLLOWING ITS MERGER WITH DEFENDANT AND COUNTERCLAIMANT VOCUS, INC.** |

1                                    Case No.  14-00337-RS

**STIPULATION AND ORDER TO ADD CISION, INC. AS A PARTY**

TCO 362111873v1

It is hereby stipulated and agreed, by and between the parties and their counsel of record, that Cision, Inc. will hereby be added as a Defendant and Counter-Claimant in this matter. Defendant and Counter-Claimant Vocus, Inc. ("Vocus") merged with Cision, Inc ("Cision") after the commencement of this action. The parties to this action have reached a settlement, and will be filing stipulations of dismissal with prejudice. The parties wish to confirm, however, that Cision will be subject to this Court's jurisdiction, and subject to any further dismissals or orders entered in this case.

**IT IS SO STIPULATED**

Dated: August 18, 2016

JRA LAW PARTNERS, LLP

By: s/Rod Divelbiss
Attorneys for Plaintiff and Counterdefendant North Venture Partners, LLC

Dated: August 18, 2016

GREENBERG TRAURIG

By: s/Robert Herrington
Attorneys for Defendant and Counter-Claimant Vocus, Inc. and for Cision, Inc.

Pursuant to the above stipulation and GOOD CAUSE APPEARING THEREFORE,

**IT IS SO ORDERED.**

Dated: 8/22/16

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE