1  ROD DIVELBISS (SBN 102345)
   JRA LAW PARTNERS, LLP
2  450 PACIFIC AVE., SUITE 200
   SAN FRANCISCO, CA 94133
3  TELEPHONE: (415) 788-4646
   FACSIMILE: (415) 788-6929
4  RDIVELBISS@JRALP.COM

5  Attorneys for Plaintiff
   NORTH VENTURE PARTNERS, LLP
6

7  Robert J. Herrington (SBN 234417)
   herringtonr@gtlaw.com
8  GREENBERG TRAURIG, LLP
   1840 Century Park East, Suite 1900
9  Los Angeles, CA 90067
   Telephone:    (310) 586-7700
10 Facsimile:     (310) 586-7800

11
   Attorneys for Defendant and Counterclaimant
12 VOCUS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| NORTH VENTURE PARTNERS, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>VOCUS, INC.,<br><br>        Defendants.<br><br>VOCUS, INC.,<br><br>        Counterclaimant,<br><br>   v.<br><br>NORTH VENTURE PARTNERS, LLC, a California limited liability company,<br><br>        Counter-Defendant. | CASE NO. 3:14-CV-00337-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>**[FRCP, RULE 41]** |
|---|---|

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety and with prejudice pursuant to FRCP 41(a) and (c) and the parties' settlement.

Pursuant to the terms of the settlement, Plaintiff North Venture Partners, LLP hereby dismisses all claims and allegations in this action, including the Second Amended Complaint for Breach of Contract, Declaratory Relief and for an Accounting against Defendant Vocus, Inc. and its successor, Cision US, Inc. The dismissal is with prejudice.

Counterclaimant, Vocus, Inc. (and its successor Cision US, Inc.) hereby dismisses all claims and allegations in this action, including its Counterclaim for Unjust Enrichment and Money Had and Received against North Venture Partners, LLP. The dismissal is with prejudice.

Pursuant to the terms of the settlement, the parties shall bear their own fees and costs. The agreed-upon settlement amount will be paid by the date of this Dismissal.

DATED: August 26, 2016   **JRA LAW PARTNERS, LLP**

/s/ Rod Divelbiss_____
Rod Divelbiss
Attorneys for Plaintiff and Counter-Defendant
North Venture Partners, LLC

**GREENBERG TAURIG, LLP**

/s/ Robert Herrington_____
Robert Herrington
Attorneys for Defendant and Counterclaimant
Vocus, Inc.

*Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Rod Divelbiss, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.*

/s/ Robert Herrington_____
Robert Herrington
Attorneys for Defendant and Counterclaimant
Vocus, Inc.

1  Pursuant to Rule 41(a) and (c) of the Federal Rules of Civil Procedure and the Parties'
2  Stipulation, and GOOD CAUSE APPEARING THEREFOR, this action is dismissed in its entirety
3  and with prejudice.  The parties shall bear their own fees and costs.

5  **IT IS SO ORDERED**.

7  DATED:  8/29/16

   _____
   THE HONORABLE RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE

---

Case No.  14-00337-RS
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION