UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTH VENTURE PARTNERS, LLC,

    Plaintiff,

    v.

VOCUS, INC., et al.,

    Defendants.

Case No. 14-cv-00337-RS

**ORDER SCHEDULING HEARING RE: PLAINTIFF'S MOTION FOR REVIEW OF SPECIAL MASTER CHARGES**

Plaintiff North Venture Partners, LLC., having settled its action against defendant Vocus, Inc., now seeks review of the charges assessed by the special master appointed in this case. Although North Venture Partners has not properly noticed its motion with a hearing date, a hearing shall be held on Thursday, November 17, 2016, at 1:30 P.M. North Venture Partners shall serve this order and its motion upon special master Basil Imburgia, and shall file proof of service.

**IT IS SO ORDERED**.

Dated: September 26, 2016

_____
RICHARD SEEBORG
United States District Judge